# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JULY 30, 2021

---

## NO. 03-18-00675-CR

---

**Michael Wells, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, KELLY**
**MODIFIED AND, AS MODIFIED, AFFIRMED ON REMAND --**
**OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment of conviction requiring reversal. However, there was error in the judgment of conviction that requires correction. Therefore, the Court modifies the trial court's judgment of conviction as follows: (i) to delete the assessed attorney's fees of $425.00 and restitution of $180.00, (ii) to reflect that the "Degree of Offense" is "State Jail Felony," and (iii) to reflect that appellant entered a plea of "not true" to the second enhancement paragraph and that the jury found the allegation in that paragraph to be "true." The judgment of conviction, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.